IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>ROSA CERVANTES-SANTIAGO,<br><br>　　　　　　　Defendant. | 8:14CR64<br><br>ORDER |

This matter is before the Court on defense counsel's Entry of Appearance (Filing No. 23), which the court will construe as a Motion to Withdraw.  Upon review of the case file, the Court finds that the Motion to Withdraw should be denied at this time without prejudice to the issue being raised at the trial set for July 14, 2014.

　　　IT IS ORDERED:

　　　1.　　The Motion to Withdraw [23] is denied at this time without prejudice to the issue being raised at the trial set for July 14, 2014.

　　　Dated this 9th day of July, 2014.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ F.A. Gossett, III
　　　　　　　　　　　　　　　　　　United States Magistrate Judge