IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>ROSA CERVANTES-SANTIAGO,<br><br>                Defendant. | **8:14CR64**<br><br>**ORDER** |

This matter is before the Court on defense counsel's Motion to Withdraw (Filing No. 24). Upon review of the case file, the Court finds that the Motion to Withdraw should be denied at this time without prejudice to the issue being raised at the trial set for July 14, 2014.

      IT IS ORDERED:

      1.      The Motion to Withdraw [23] is denied at this time without prejudice to the issue being raised at the trial set for July 14, 2014.

      Dated this 9th day of July, 2014.

                                                                                  BY THE COURT:

                                                                              s/ F.A. Gossett, III<br>
                                                                              United States Magistrate Judge