IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>ROSA CERVANTES-SANTIAGO,<br><br>                Defendant. | **8:14CR64**<br><br>**ORDER** |

This matter is before the Court on defense counsel's Motion to Withdraw as Counsel (Filing No. 28). Upon review of the case file, the Court finds that the Motion to Withdraw should be denied at this time without prejudice to the issue being raised at trial.

IT IS ORDERED:

1. The Motion to Withdraw [28] is denied at this time without prejudice to the issue being raised at trial.

Dated this 20th day of August, 2014.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge